No. 03–10574. IN RE SHEMONSKY;
No. 03–10769. IN RE SHEMONSKY;
No. 03–10857. IN RE SHEMONSKY;
No. 03–10891. ALLEN v. UNITED STATES. C. A. 2d Cir.;
No. 03–10900. NOBLE v. IOWA DEPARTMENT OF CORRECTIONS. C. A. 8th Cir.;
No. 03–10979. MERRITT v. UNITED STATES. C. A. 7th Cir.;
No. 04–5173. WRIGHT v. UNITED STATES. C. A. 3d Cir.; and

No. 04–5188. SHOBANDE *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 25, 2004, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.